IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA M. ORTIZ-MARTINEZ
Plaintiff

vs

ATLANTIS HEALTH CARE INC.
Defendant

CIVIL 15-1869CCC

## JUDGMENT

Having considered the Motion for Voluntary Dismissal filed by plaintiff Gloria M. Ortiz-Martínez on August 26, 2016 (**d.e. 14**), it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, with prejudice.

The pretrial/settlement conference scheduled for January 24, 2017 and jury trial scheduled for April 19, 2017 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 30, 2016.

S/CARMEN CONSUELO CEREZO
United States District Judge